ORIGINAL  FILED

2006 SEP -6  PM 1:55

Prepared By:
STEPHEN WARREN SOLOMON SBN 36189
STEPHEN ALLEN JAMIESON SBN 115805
R. BRUCE EVANS SBN 217098
RYAN M. KROLL SBN 235204
SOLOMON, SALTSMAN & JAMIESON
426 Culver Boulevard
Playa Del Rey, CA 90293
Tel: (310) 822-9848

Attorneys for Plaintiff:
San Pasqual Band of Mission Indians

RANDALL ANTHONY PINAL SBN 192199
Office of the Attorney General
110 W "A" St #1100
San Diego, CA 92101
Tel: (619) 645-3075

Attorney for Defendants:
State of California, California Gambling Control Commission, and Governor Schwarzenegger

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN PASQUAL BAND OF MISSION INDIANS, a federally recognized Indian Tribe<br><br>Plaintiff.<br><br>STATE OF CALIFORNIA, CALIFORNIA GAMBLING CONTROL COMMISSION, an agency of the State for California, and ARNOLD SCHWARZENEGGER, as Governor of the State of California<br><br>Defendants. | Case Number: 06CV0988 LAB AJB<br><br>JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE AND SERVE THEIR ANSWER TO THE FIRST AMENDED COMPLAINT OR MOTION UNDER RULE 12; [PROPOSED] ORDER<br>(Fed. R. Civ. P. 6(b))<br><br>Judge: Honorable Larry Alan Burns |

1

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE AND SERVE THEIR ANSWER TO THE FIRST AMENDED COMPLAINT OR MOTION UNDER RULE 12; [PROPOSED] ORDER

06CV0988 LAB AJB
*San Pasqual Band v. State of CA, et. al.*

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Defendants may file their Answer to the First Amended Complaint or Motion under Rule 12 on or before September 11, 2006.

Defendants requested additional time to file and serve an Answer or motion under Rule 12, and after a meet and confer pursuant to Civil Local Rule 7.2, the parties agreed to provide Defendants 30 days from the original deadline to file a response to the First Amended Complaint. During the meet and confer, the parties agreed that Plaintiff served the First Amended Complaint, summons and waivers of service of summons by overnight mail on July 24, 2006, and Defendants received the First Amended Complaint on July 25, 2006. The parties further agreed that under Federal Rules of Civil Procedure 4 and 15(a), the service of summons and requested waivers, indicating Defendants had 60 days from the date of service in which to file a response to the First Amended Complaint, were inapplicable.

There have been no prior requests for a continuance for Defendants to file and serve an Answer or motion under Rule 12, and the original deadline for Defendants to file and serve an Answer or motion under Rule 12 was August 10, 2006.

Additionally during the meet and confer, the parties agreed that, due to the complexity and importance of issues in this case and the demands of both parties' counsels' calendars, good cause was established to permit Defendants to file a response to the First Amended Complaint 30 days after the original deadline to file a response to the First Amended Complaint. Specifically, Defendants' counsel was out of the country when Plaintiff served the First Amended Complaint, and upon his return was occupied with, among other things,

2

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE AND SERVE THEIR ANSWER TO THE FIRST AMENDED COMPLAINT OR MOTION UNDER RULE 12; [PROPOSED] ORDER

06CV0988 LAB AJB
*San Pasqual Band v. State of CA, et. al.*

briefing in *Quechan Tribe of the Fort Yuma Indian Reservation v. State of California*, U.S. District Court, Southern District of California, Case No. 06CV00156 R CEB. The parties also mistakenly relied upon Plaintiff's issuance of waivers of service of summons, indicating a 60-day response period. In any event, Defendants' counsel has drafted a response to the First Amended Complaint that is being reviewed internally and will, absent unforeseeable circumstances, be filed on or before the requested deadline. Thus, the parties agreed that Defendants have not been dilatory and have been diligent with regard to responding to the First Amended Complaint, and that there is no prejudice to any of the parties in permitting Defendants 30 days from the original deadline to file a response to the First Amended Complaint to file and serve an Answer or motion under Rule 12. Additionally, no case management dates have been set, and therefore this short extension will not affect any case management dates.

DATED: August 31, 2006

SOLOMON, SALTSMAN & JAMIESON

By: /s/ Ryan M. Kroll
Ryan M. Kroll
Attorney for Plaintiff – San Pasqual Band of Mission Indians

DATED: August 31, 2006

OFFICE OF THE ATTORNEY GENERAL

By: /s/ Randall Anthony Pinal
Randall Anthony Pinal
Attorney for Defendants – State of California, California Gambling Control Commission and Governor Schwarzenegger

---

3

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE AND SERVE THEIR
ANSWER TO THE FIRST AMENDED COMPLAINT OR MOTION UNDER RULE 12;
[PROPOSED] ORDER

06CV0988 LAB AJB
*San Pasqual Band v. State of CA, et. al.*

~~[PROPOSED]~~ ORDER

Having considered the Stipulation to extend the time for Defendants to file and serve their Answer to the First Amended Complaint or Motion under Rule 12, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. Defendants, State of California, California Gambling Control Commission, and Governor Schwarzenegger, may file their Answer to the First Amended Complaint or Motion under Rule 12 on or before **September 11, 2006**.

IT IS SO ORDERED.

Dated: __9/6__, 2006

_____
Judge of the District Court
**LARRY ALAN BURNS**

4

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE AND SERVE THEIR ANSWER TO THE FIRST AMENDED COMPLAINT OR MOTION UNDER RULE 12; [PROPOSED] ORDER

06CV0988 LAB AJB
*San Pasqual Band v. State of CA, et. al.*

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **San Pasqual Band v. State**

No.: **06 CV 0988 LAB AJB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 31, 2006</u>, I served the attached:

**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE AND SERVE THEIR ANSWER TO THE FIRST AMENDED COMPLAINT OR MOTION UNDER RULE 12; (PROPOSED) ORDER (Fed.R.Civ.P6(b))**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Stephen Warren Solomon
Stephen Allen Jamieson
R. Bruce Evans
Ryan M. Kroll
Solomon, Saltsman & Jamieson
426 Culver Boulevard
Playa Del Rey, CA 90293

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 31, 2006, at San Diego, California.

Linda Jean Fraley
_____
Declarant                                              Signature

80088767.wpd