| | |
|---|---|
| 1  Prepared By:<br>   STEPHEN WARREN SOLOMON SBN 36189 | FILED |
| 2  STEPHEN ALLEN JAMIESON SBN 115805<br>   R. BRUCE EVANS SBN 217098 | 2006 OCT 24  AM 8:41 |
| 3  RYAN M. KROLL SBN 235204<br>   SOLOMON, SALTSMAN & JAMIESON | ORIGINAL |
| 4  426 Culver Boulevard | BY_____ DEPUTY |
| 5  Playa Del Rey, CA 90293<br>   Tel: (310) 822-9848 | |
| 6 | No fee pursuant to Government Code Section 6103 |

```
 7   Attorneys for Plaintiff:
     San Pasqual Band of Mission Indians
 8
     RANDALL ANTHONY PINAL SBN 192199
 9   Office of the Attorney General
     110 W "A" St #1100
10   San Diego, CA 92101
     Tel: (619) 645-3075
11
12   Attorney for Defendants:
     State of California, California Gambling
13   Control Commission, and
     Governor Schwarzenegger
14
15
                    UNITED STATES DISTRICT COURT
16
                   SOUTHERN DISTRICT OF CALIFORNIA
17
```

| | |
|---|---|
| 18  SAN PASQUAL BAND OF MISSION<br>19  INDIANS, a federally recognized Indian Tribe | Case Number: 06CV0988 LAB AJB |
| 20                     Plaintiff. | JOINT STIPULATION TO PERMIT PLAINTIFF TO FILE SECOND AMENDED COMPLAINT; WITHDRAW |
| 21  STATE OF CALIFORNIA, CALIFORNIA<br>22  GAMBLING CONTROL COMMISSION, an<br>    agency of the State for California, and ARNOLD | [PROPOSED] ORDER  MOTION; AND<br>(Fed. R. Civ. P. 15(a)) |
| 23  SCHWARZENEGGER, as Governor of the State<br>    of California | Judge: Honorable Larry Alan Burns |
| 24 | |
| 25                     Defendants. | |

```
26
27
                                       1
28  ─────────────────────────────────────────────────────
       JOINT STIPULATION TO PERMIT PLAINTIFF TO FILE SECOND AMENDED COMPLAINT;
                              [PROPOSED] ORDER
                                                          06CV0988 LAB AJB
                                          San Pasqual Band v. State of CA, et. al.
```

1  IT IS HEREBY STIPULATED by and between the parties hereto through their
2  respective attorneys of record that Plaintiff may file a Second Amended Complaint that
3  contains no new or additional claims for relief, and deletes the second claim for relief in the
4  operative First Amended Complaint.  Plaintiff shall have 10 court days from the date the
5  Order is signed by the Court to file and serve its Second Amended Complaint.  Defendants
6
7  will withdraw their pending Motion to Dismiss the First Amended Complaint, and vacate the
8  currently scheduled hearing date of November 13, 2006 for that Motion.
9  Defendants shall have 10 Court days from the date on which Plaintiff serves its
10 Second Amended Complaint to file and serve its Answer to the Second Amended Complaint
11 or a Motion under Rule 12.
12
13
14 DATED: October 6, 2006          SOLOMON, SALTSMAN & JAMIESON
15
16                                  By: _____
17                                        R. Bruce Evans
                                    Attorney for Plaintiff – San Pasqual Band of
18                                  Mission Indians
19
20 DATED: October 16, 2006         OFFICE OF THE ATTORNEY GENERAL
21
22                                  By: _____
                                          Randall Anthony Pinal
23                                  Attorney for Defendants – State of California,
24                                  California Gambling Control Commission and
                                    Governor Schwarzenegger
25
26
27
28

2
JOINT STIPULATION TO PERMIT PLAINTIFF TO FILE SECOND AMENDED COMPLAINT;
[PROPOSED] ORDER
06CV0988 LAB AJB
*San Pasqual Band v. State of CA, et. al.*

## [~~PROPOSED~~] ORDER

Having considered the Joint Stipulation to Permit Plaintiff to File a Second Amended Complaint, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. Plaintiff, SAN PASQUAL BAND OF MISSION INDIANS, shall file and serve a Second Amended Complaint on or before the tenth court day after this Order is signed by the Court.

2. Defendants, STATE OF CALIFORNIA, CALIFORNIA GAMBLING CONTROL COMMISSION, and ARNOLD SCHWARZENEGGER, shall file and serve their Answer to the Second Amended Complaint or a Motion under Rule 12 on or before the tenth court day after Plaintiff files its Second Amended Complaint.

3. Defendants' pending Motion to Dismiss the First Amended Complaint, currently scheduled to be heard on November 13, 2006 is withdrawn and the hearing date is vacated, *and the Motion is DENIED as MOOT (Dkt. No. 8)*.

IT IS SO ORDERED.

Dated: *10-23*, 2006

_____
Judge of the District Court
**LARRY ALAN BURNS**