AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

San Pasqual Band

**V.**

**JUDGMENT IN A CIVIL CASE**

State of CA, et al

CASE NUMBER: 06cv0988-LAB(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Defendants' Rule 12(b)(7) and (19) Motion to Dismiss the Second Amended Complaint is granted for failure to join necessary and indispensable parties...................................................................................

| March 21, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/K. Johnson
(By) Deputy Clerk

ENTERED ON March 21, 2007

06cv0988-LAB(AJB)